■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN TOUSSAINT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered May 9, 1988, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant voluntarily waived his right to appeal as part of a negotiated plea *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.